STORCH AMINI & MUNVES PC
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, NY 10017
Bijan Amini (BA-3533)
Kevin Fritz (KF-6788)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CYNTHIA S. GILLETTE, individually and
derivatively on behalf of nominal defendant
BLIMPIE OF CALIFORNIA, INC.,

          Plaintiff,                                07 Civ. _____ (___)

            v.                                    **STATEMENT PURSUANT**
                                                      **TO FED. R. CIV. P. 7.1**

JEFFREY ENDERVELT, BELLE
ENDERVELT and DORA RICCI,

          Defendants,

         and

BLIMPIE OF CALIFORNIA, INC.,

          Nominal Defendant.
------------------------------------------------------------x

      Pursuant to rule 7.1 of the Federal Rules of Civil Procedure, to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Cynthia S. Gillette, derivatively on behalf of nominal defendant Blimpie of California, Inc. ("BOC") certifies that BOC has no corporate parent and no publicly held corporation owns more than 10% or more of BOC's stock.

DATE: June 4, 2007

                                                                _____
                                                                 Kevin Fritz (KF-6788)