UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CYNTHIA S. GILLETTE, ET, AL.,

                          Plaintiff,                    CASE NO: 07 CV 4697

- against -

JEFFREY ENDERVELT, ET AL,                **AFFIDAVIT OF SERVICE**

                        Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK    )
                             )ss.:
COUNTY OF NEW YORK  )

       Dawn LaPeruta, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in Staten Island, New York.

       On June 21, 2007, deponent served a true copy of the Summons, Complaint, Statement Pursuant to Fed R. Civ. P. 71, Electronic Filing Instructions, Individuals Practices of Judge Robert W. Sweet and Individual Practices of Magistrate Judge Eaton upon:

Belle Endervelt
Blimpie of California, Inc.
145 Huguenot Street
Suite 410
New Rochelle, NY 10801

by depositing true and correct copies of the same enclosed in postpaid wrappers addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                             Dawn LaPeruta

Sworn to before me this
21st day of June, 2007.

JASON BULOVIN
Notary Public, State of New York
No. 02LE6139282
Qualified in New York County
Commission Expires on January 3, 2010