UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CYNTHIA S. GILLETTE, individually and
derivatively on behalf of nominal defendant
BLIMPIE OF CALIFORNIA, INC.,

        Plaintiff,

   v.

JEFFREY ENDERVELT, BELLE
ENDERVELT and DORA RICCI,

        Defendants,

   and

BLIMPIE OF CALIFORNIA, INC.,

        Nominal Defendant.
-----------------------------------------------------------x

07 Civ. 4697 (RWS)

**STIPULATION
TRANSFERRING CASE
TO WHITE PLAINS DIVISION**





WHEREAS, Rule 21 of the Rules for the Division of Business Among District Judges for the Southern District provides that a civil case shall be designated for assignment to White Plains if, *inter alia*, the claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties;

WHEREAS, the claims in the above-captioned action arose in whole or in major part in the Northern Counties and defendant Dora Ricci resides in the Northern Counties; and

WHEREAS, the above-captioned matter is currently pending in Foley Square;

IT IS hereby stipulated that the above-captioned matter should be transferred from Foley Square to White Plains.

Dated: July 2, 2007

| STORCH AMINI & MUNVES PC | JONES GARNEAU LLP |
|---|---|
| *[signature]* | *[signature]* |
| Kevin Fritz (KF 6788) | Steven Sledzik (SS 8869) |
| 2 Grand Central Tower, 25th Floor | 670 White Plains Road, Penthouse |
| New York, NY 10017 | Scarsdale, NY 10583 |
| Tel. (212) 490-4100 | Tel. (914) 472-2300 |
| Fax (212) 490-4208 | Fax (914) 472-2312 |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED:

*[signature]*
U.S.D.J.
(Part I)
July 5, 2007