


SWEET,S

**UNITED STATES DISTRICT COURT :**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————X

CYNTHIA GILETTE, Individually and
Derivatively on behalf of nominal defendant
BLIMPIE OF CALIFORNIA, INC.,

                    Plaintiff(s),                    **Case Number: 07 CIV 4697 (RWS)**

        vs.                                          **STIPULATION EXTENDING**
                                                     **TIME TO ANSWER**

JEFFREY ENDERVELT, BELLE ENDERVELT
And DORA RICCI,
                    Defendants,

BLIMPIE OF CALIFORNIA, INC.,
                    Nominal Defendant

————————————————————X

It is hereby stipulated that the time within which the Defendants Jeffrey Endervelt, Dora

Ricci and Blimpie of California, Inc., may respond to the Complaint, is hereby Extended up to

and including July 18, 2007. The aforesaid defendants waive any defenses as to service.

Dated: June 21, 2007
STORCH, AMINI & MUNVES, PC                    JONES GARNEAU, LLP

_____                    _____
Bijan Amini (BA 3533)                        Steven T. Sledzik (SS 8869)
Attorney for Plaintiff                       Attorney for Defendants Endervelt,
Two Grand Central Tower, 25th Floor          Ricci and Blimpie of California, Inc.
New York, New York 10017                     670 White Plains Road, Penthouse
                                             Scarsdale, NY 10583

*SO ORDERED:*

_Loretta A. Preska_
U.S.D.J. (Part I)

July 5, 2007