*Brieant, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

CYNTHIA GILETTE, Individually and
Derivatively on behalf of nominal defendant
BLIMPIE OF CALIFORNIA, INC.,

                    Plaintiff(s),

vs.

JEFFREY ENDERVELT, BELLE ENDERVELT
And DORA RICCI,
                    Defendants,

BLIMPIE OF CALIFORNIA, INC.,
                    Nominal Defendant
———————————————————————X

Case Number: 07 CIV 4697 (CLB)

& ORDER

STIPULATION EXTENDING
TIME TO ANSWER

      It is hereby stipulated that the time within which the Defendants may respond to the Complaint, is hereby Extended up to and including August 1, 2007. Defendants waive any defenses as to service.

Dated: July 13, 2007
STORCH, AMINI & MUNVES, PC

_____
Kevin Fritz (BA 6788)
Attorney for Plaintiff
Two Grand Central Tower, 25th Floor
New York, New York 10017

JONES GARNEAU, LLP

_____
Steven T. Sledzik (SS 8869)
Attorney for Defendants
670 White Plains Road, Penthouse
Scarsdale, NY 10583

**SO ORDERED:**

_____
U.S.D.J.

dated: 7-18-07