UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CYNTHIA S. GILLETTE, ET, AL.,

                Plaintiff,                CASE NO: 07 CV 4697

    - against -

JEFFREY ENDERVELT, ET AL,        **AFFIDAVIT OF SERVICE**

               Defendants.
----------------------------------------------------------------x

STATE OF NEW YORK   )
                        )ss.:
COUNTY OF NEW YORK )

    Scott Fishwick, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

    On August 7, 2007, deponent served a true copy of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for a Bond upon:

Steven Sledzik
Jones Garneau, LLP
670 White Plains Road
Scarsdale, NY 10583

by depositing a true and correct copy of the same enclosed in a postpaid wrapper addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                        _____
                                                            Scott Fishwick

Sworn to before me this
7th day of August, 2007.

_____
Notary Public

              KEVIN FRITZ
    Notary Public, State of New York
          No. 02FR6139281
     Qualified in New York County
Commission Expires on January 3, 2010