[USPS Certified Mail Receipt]

Sent To: Spencer Gillette BofC
Street: 10850 Wilshire Blvd Ste 205
City, State, ZIP: Los Angeles CA 90024

Blimpie of California, Inc.
10850 Wilshire Blvd.- Suite 205
Los Angeles, CA 90024

May 19, 2005

Via Certified Mail
**Return Receipt Requested**

Ms. Belle Endervelt
300 Winston Drive
Cliffside Park, NJ 07010

Ms. Spencer Gillette
Blimpie of California, Inc.
10850 Wilshire Blvd.- Suite 205
Los Angeles, CA 90024

Dear Shareholders:

    There will be an Annual Meeting of Shareholders of Blimpie of California, Inc. on Friday, June 24, 2005 at 11:00 am the offices of Blimpie International, Inc., 145 Huguenot Street, Suite 410, New Rochelle, NY 10801.

    Thank you in advance for your attendance at this meeting.

Very truly yours,

[signature]

...rvelt

[USPS Domestic Return Receipt PS Form 3811]

Article Addressed to:
Spencer Gillette
50 South Valle Verde
235-191
Henderson, NV 89012

Article Number: 7003 3110 0004 1621 8344

Date of Delivery: 5-25-05

**Blimpie of California, Inc.**
10850 Wilshire Blvd.- Suite 205
Los Angeles, CA 90024

May 19, 2005

**Via Certified Mail**
**Return Receipt Requested**

Ms. Belle Endervelt
300 Winston Drive
Cliffside Park, NJ 07010

Ms. Spencer Gillette
Blimpie of California, Inc.
10850 Wilshire Blvd.- Suite 205
Los Angeles, CA 90024

Dear Shareholders:

There will be an Annual Meeting of Shareholders of Blimpie of California, Inc. on Friday, June 24, 2005 at 11:00 am the offices of Blimpie International, Inc., 145 Huguenot Street, Suite 410, New Rochelle, NY 10801.

Thank you in advance for your attendance at this meeting.

Very truly yours,

Jeffrey K. Endervelt
Chairman