**BLIMPIE OF CALIFORNIA, INC**
Financial Statements
December 31, 2006 and 2005



EZKR Certified Public Accountants & Consultants
Eisman, Zucker, Klein & Ruttenberg, LLP

# BLIMPIE OF CALIFORNIA, INC.
## Financial Statements
### December 31, 2006 and 2005

## Table of Contents

|  | PAGE |
|---|---|
| **Independent Auditors' Report** | 1 |
| **Financial Statements** | |
| Balance Sheets | 2 |
| Statements of Income and Retained Earnings | 3 |
| Statements of Cash Flows | 4 |
| **Notes to Financial Statements** | 5-7 |

EZKR Certified Public Accountants & Consultants



**EZKR** Certified Public Accountants & Consultants

Eisman, Zucker, Klein & Ruttenberg, LLP

## Independent Auditors' Report

To the Board of Directors of
Blimpie of California, Inc.

We have audited the accompanying balance sheets of Blimpie of California, Inc. as of December 2006 and 2005 and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements based on our audit.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatements. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Blimpie of California, Inc. as of December 31, 2006 and 2005 and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Eisman, Zucker Klein & Ruttenberg LLP*

March 17, 2007

120 Bloomingdale Road   Suite 402   White Plains New York 10605   914 428 7733   Fax 914 428 7903   ezkrcpa.com

# BLIMPIE OF CALIFORNIA, INC.
## Balance Sheets
### December 31,

## ASSETS

|  | 2006 | 2005 |
|---|---:|---:|
| **Current Assets** | | |
| Cash | $ 102,265 | $ 15,927 |
| Accounts receivable, net of allowance for doubtful accounts of $20,000 for 2005 | 9,902 | 121,482 |
| Advances to affiliates-short term | 60,000 | - |
| Advance to officers-short term | 50,000 | - |
| Prepaid expenses | - | 376 |
| Total Current Assets | 222,167 | 137,785 |
| | | |
| **Equipment** | | |
| at cost, net of accumulated depreciation of $15,314 | - | - |
| | | |
| **Other Assets** | | |
| Advance to affiliates, net of allowance of $125,000 and $100,000 | 33,489 | 110,798 |
| Advance to officers | 310,295 | 382,794 |
| Due from BIXY, Inc. | - | 45,773 |
| Total Other Assets | 343,784 | 539,365 |
| | | |
| **TOTAL ASSETS** | $ 565,951 | $ 677,150 |

## LIABILITIES AND STOCKHOLDERS' EQUITY

|  | 2006 | 2005 |
|---|---:|---:|
| **Current Liabilities** | | |
| Lines of credit | $ 44,665 | $ 53,686 |
| Accounts payable and accrued expenses | 82,035 | 28,085 |
| Due to advertising fund | 21,170 | 187,473 |
| Total Current Liabilities | 147,870 | 269,244 |
| | | |
| **Long-term debt** | 170,000 | - |
| | | |
| Deferred income, net of deferred expense | 107,867 | 130,000 |
| | | |
| **Stockholders' Equity** | | |
| Common stock, no par value: 10,000 shares authorized, 640 shares issued and outstanding | 640 | 640 |
| Paid-in capital | 83,627 | 83,627 |
| Retained earnings | 55,947 | 193,639 |
| Total Stockholders' Equity | 140,214 | 277,906 |
| | | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 565,951 | $ 677,150 |

See accompanying notes

2


EZKR Certified Public Accountants & Consultants

## BLIMPIE OF CALIFORNIA, INC.
### Statements of Income and Retained Earnings
### For the Years Ended December 31,

|  | 2006 | 2005 |
|---|---:|---:|
| **Revenue** | | |
| Continuing franchise fees | $ 386,592 | $ 365,693 |
| Initial franchise fees | 33,000 | 47,345 |
| Other | 38,000 | 67,888 |
| Total Revenue | 457,592 | 480,926 |
| **Expenses** | | |
| Continuing licensing fees | 151,012 | 152,372 |
| Initial franchise fees to licensor | 10,260 | 21,500 |
| General and administrative expense | 409,012 | 340,961 |
| Total Expenses | 570,284 | 514,833 |
| Net operating loss | (112,692) | (33,907) |
| Other Expenses | (25,000) | (113,953) |
| Net Loss | (137,692) | (147,860) |
| Retained earning, beginning | 193,639 | 341,499 |
| **Retained earnings, ending** | $ 55,947 | $ 193,639 |

See accompanying notes

3

EZKR Certified Public Accountants & Consultants

**BLIMPIE OF CALIFORNIA, INC.**
**Statements of Cash Flows**
**For the Years Ended December 31,**

|  | 2006 | 2005 |
|---|---:|---:|
| **Cash Flows from Operating Activities** | | |
| Net Loss | $ (137,692) | $ (147,860) |
| Adjustments to reconcile net loss to net cash provided (used) by operating activities: | | |
|   Provision for bad debts | 25,000 | 90,000 |
|   Depreciation and amortization | - | 3,589 |
|   Deferred income | (22,133) | 104,155 |
| (Increase) decrease in: | | |
|   Accounts receivable | 131,580 | 85,583 |
|   Prepaid expenses | 376 | (376) |
|   Advances to affiliates | 17,309 | - |
|   Due from BIXY, Inc. | 45,773 | (45,773) |
| Increase (decrease) in: | | |
|   Accounts payable and accrued expenses | 53,949 | (91,351) |
|   Due to advertising fund | (166,303) | 12,255 |
| Net cash provided (used) by operating activities | (52,141) | 10,222 |
| **Cash Flows from Investing Activities** | | |
| Advances to officers | (22,500) | (3,999) |
| Net cash used by investing activities | (22,500) | (3,999) |
| **Cash Flows from Financing Activities** | | |
| Short-term borrowings | (9,021) | (9,319) |
| Long-term borrowings | 170,000 | - |
| Net cash provided (used) by financing activities | 160,979 | (9,319) |
| **Net Increase (Decrease) in Cash** | $ 86,338 | $ (3,096) |
| Cash, beginning | $ 15,927 | 19,023 |
| **CASH, ENDING** | $ 102,265 | $ 15,927 |
| **Supplemental Information** | | |
| Cash paid during the years for interest | $ 3,880 | $ 5,791 |
| Cash paid during the years for taxes | $ 4,020 | $ 3,451 |

See accompanying notes

4


EZKR Certified Public Accountants & Consultants

**BLIMPIE OF CALIFORNIA, INC.**
**Notes to Financial Statements**
**For the Years Ended December 31, 2006 and 2005**

**Organization**

Blimpie of California, Inc., a California Corporation, (the Company), markets Blimpie restaurant franchises in California, as an area franchisor. All of the Company's business is dependent upon the economic conditions within the state of California.

*Cash and Cash Equivalents*

For purposes of the statement of cash flows, all unrestricted investment instruments with original maturities of three months or less are deemed cash equivalents. The Company had no cash equivalents at December 31, 2006 and 2005.

*Revenue Recognition*

The Company reports franchise fees as income when all material services or conditions relating to the sale of franchise have been substantially performed or satisfied in accordance with the terms of the franchise agreement. The Company reports direct cost related to franchise fees when the income is recognized.

Continuing franchise fee income and license expense are based on a percentage of the gross revenues earned by operating restaurant units as defined in the franchise agreements.

*Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles required management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Depreciation*

Depreciation of equipment is computed principally on an accelerated method over five years based on the estimated useful lives of the assets.

5


EZKR Certified Public Accountants & Consultants

**BLIMPIE OF CALIFORNIA, INC.**
**Notes to Financial Statements**
**For the Years Ended December 31, 2006 and 2005**

## Franchising Operations

*License Agreement*

In 1984 the Company entered into a license agreement with Blimpie International, Inc. (BII), for the exclusive right to use the "Blimpie" trademark and technical information (recipes, methods, process, etc.) in California. Terms of the license agreement provide that the Company is charged an initial franchise fee for each California location licensed and a continuing license fee of 2.5% of the gross revenues of the restaurants in operation. The term of the license agreement is for 99 years beginning July 1984 with renewal options as defined in the license agreement. In January 2005 the agreement was assigned to KBI Holdings, LLC.

The license agreement, originally signed in 1984, was amended on April 30, 1992. The amended license agreement requires the Company to license not less than three Blimpie locations annually for the next 15 years. The obligation is cumulative and the Company will be credited in succeeding years for the number of Blimpie locations licenses in excess of three in any given year. Should the Company not comply with this requirement, the license agreement shall be deemed automatically terminated and cancelled. However, the agreement shall remain as to those Blimpie Restaurants developed or in the process of development with respect to any franchise or subfranchise executed between the Company and any third party as of the date default.

*Significant Commitments and Obligations:*

In accordance with the terms of each franchisee's agreement, the Company is obligated to provide the following supervision assistance and services: layout, training and pre-opening assistance, operations manual, continuing assistance, as specified in the Uniform Franchise Offering Circular, advertising and promotion, supplies and pricing.

*Franchise ownership changes:*

For the year ended December 31, 2006 and 2005, franchise ownership changes are summarized as follows:

|  | 2006 | 2005 |
|---|---|---|
| Number of franchise in operation – beginning of year | 26 | 29 |
| Number of franchise opened during the year | 5 | 4 |
| Number of franchise closing during the year | (3) | (7) |
| Number of franchise in operation – end of year | 28 | 26 |

 EZKR Certified Public Accountants & Consultants