UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
CYNTHIA GILETTE, Individually and
Derivatively on behalf of nominal defendant
BLIMPIE OF CALIFORNIA, INC.

                Plaintiff,           07 Civ. 4697 (CLB)

  -against-                   NOTICE OF MOTION
                                    FOR SANCTIONS
JEFFREY ENDERVELT, BELLE        PURSUANT TO RULE 11
ENDERVELT and DORA RICCI,        OF THE FEDERAL RULES
                                    OF CIVIL PROCEDURE
                Defendants,

BLIMPIE OF CALIFORNIA, INC.,
                Nominal Defendant
_____X

Counselors:

      Please take notice that the Defendants, upon the Affidavit of Jeffrey Endervelt, dated September 19, 2007, and the Declaration of Steven T. Sledzik, Esq., dated September 20, 2007, submitted herewith, and the exhibits annexed thereto, will, at the United State Courthouse, 300 Quarropas Street, City of White Plains on October 12, 2007, 9:30 a.m., or as soon thereafter as the Court will hear counsel, move for an order imposing sanctions upon the Plaintiffs and their counsel, pursuant to the Federal Rules of Civil Procedure Rule 11, together with reasonable attorneys' fees and expenses and such other and further relief as this Court shall deem just and proper.

Dated: Scarsdale, New York
       September 20, 2007

                                                    JONES GARNEAU, LLP

                                                    By: _____
                                                        Steven T. Sledzik (STS 8869)
                                                        Attorneys for Defendants
                                                        670 White Plains Road, Penthouse
                                                        Scarsdale, NY 10583
                                                        (914) 472-2300

TO:     Kevin Fritz, Esq.
        Storch, Amini and Munves, PC
        Attorneys for Plaintiff
        Two Grand Central Tower, 25th Floor
        New York, NY 10017
        (Counsel for Plaintiff)