STORCH AMINI MUNVES PC
A New York Professional Corporation

KEVIN FRITZ
Member NY Bar

September 19, 2007

**VIA FACSIMILE**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

      Re:     Gillette v. Endervelt, 07 Civ. 4697 (S.D.N.Y.)

Dear Judge Brieant:

We represent plaintiff Spencer Gillette ("Plaintiff") in the above-referenced matter. Pursuant to Local Rule 37.2, Plaintiff requests an informal conference with the Court to resolve a discovery-related dispute.

Although his responses to Plaintiff's First Request for the Production of Documents were due on September 15, 2007, defendant Jeffrey Endervelt ("Endervelt") failed to respond in any fashion. By letter dated September 18, 2007, Plaintiff reiterated her request for Endervelt's production of documents. Endervelt again failed to respond. Accordingly, since the parties are scheduled to appear before Your Honor on Friday, September 21, 2007 for a preliminary conference, we respectfully request that the Court resolve this discovery dispute on that date.

Respectfully submitted,

Kevin Fritz

cc: Steven Sledzik, Esq.

2 Grand Central Tower New York, New York 10017 Tel: 212.490.4100 Fax: 212.490.4208 E mail: kfritz@samlegal.com
Washington, DC Garden City, NY South River, NJ