# MEMO ENDORSED

## JONES GARNEAU, LLP
670 White Plains Road, Penthouse
Scarsdale, New York 10583
Phone (914) 472-2300
Facsimile (914) 472-2312

New York City Office
60 East 42nd Street, Suite 3210
New York, NY 10165
Phone (212) 759-2500
Facsimile (212) 661-4174

Connecticut Office
666 Summer Street
Stamford, Connecticut 06901
Phone (203) 965-7700
Facsimile (203) 324-9621

Stephen J. Jones
Steven T. Sledzik*
Gregg P. Garneau
Christian G. Zeblcoff
Clifford I. Bass
Marianne Hoffman*
Michael K. Stanton, Jr.*

Marcy Blake
Alexandra Maxwell*
*Also Admitted in Connecticut

*Of Counsel*
Louis W. Bauman
Adam T. Bradley
John G. Callahan
John J. Lynch
Sarah Thomas Maldonado
Robert Newman
Paul F. Perreten
Robert W. Spencer
Deborah H. Wayne*

By Facsimile

October 24, 2007

The Honorable Charles L. Brieant
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Gillette v. Endervelt, 07 Civ. 4697 (CLB)

Dear Judge Brieant:

We represent the Defendants in the above-captioned case. Depositions are scheduled for next week and the following week. Plaintiff's counsel insists on conducting all of the depositions in his New York City office. I do not believe that my clients and I are required to travel to New York City for a case that is venued here in Westchester. We noticed Plaintiff's deposition for our office. As to depositions of Defendants conducted by Plaintiff, Defendant's counsel certainly can use a local reporting service office, any local office of a firm that will allow him to use their offices or the Courthouse with court order. We request that the Court order the depositions to be conducted locally.

Respectfully submitted,

Steven T. Sledzik
STS:sg
cc: Kevin Fritz, Esq. (counsel for Plaintiff, by facsimile)
    Jeffrey Endervelt
    Dora Ricci

[Handwritten memo endorsement in left margin:] Absent agreement of counsel, depositions shall be held at the United States Courthouse at 300 Quarropas Street, White Plains, N.Y. Counsel shall apply to Mr. Rodas Rogers, Deputy Clerk in Charge, at (914) 390-4801, for a designated room location. SO ORDERED Charles Brieant USDJ