STORCH AMINI MUNVES PC
A New York Professional Corporation

KEVIN FRITZ
Member NY Bar

October 25, 2007

**VIA FACSIMILE**

Steven T. Sledzik, Esq.
Jones Garneau, LLP
670 White Plains Road, Penthouse
Scarsdale, NY 10583

    Re:    <u>Gillette v. Endervelt, 07 Civ. 4697 (S.D.N.Y.)</u>

Dear Mr. Sledzik:

As counsel for plaintiff Spencer Gillette ("Plaintiff") in the above-referenced matter, we write to advise you that the Court has scheduled a conference on November 2, 2007 at 9:00 in the United States Courthouse in White Plains.

Sincerely,

Kevin Fritz

Cc:    Hon. Charles L. Brieant

2 Grand Central Tower   New York, New York 10017   Tel. 212.490.4100   Fax 212.490.4208   E-mail: kfritz@samlegal.com
Washington, DC   Garden City, NY   South River, NJ