BLIMPIE OF CALIFORNIA, INC.

FINANCIAL STATEMENTS
DECEMBER 31, 2002 AND 2001

BLIMPIE OF CALIFORNIA, INC.

## TABLE OF CONTENTS

| | PAGE |
|---|---|
| Independent auditors' report | 1 |
| Financial statements: | |
| Balance sheets | 2 |
| Statements of income (loss) | 3 |
| Statements of stockholder's equity (deficit) | 4 |
| Statements of cash flows | 5 |
| Notes to financial statements | 7 - 9 |



A Financial Solutions Company

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors of
Blimpie of California, Inc.

We have audited the accompanying balance sheets of BLIMPIE of CALIFORNIA, INC. (a C corporation) as of December 31, 2002 and 2001 and the related statements of income (loss), stockholder's equity (deficit) and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of BLIMPIE of CALIFORNIA, INC. as of December 31, 2002 and 2001, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted the United States of America.

March 3, 2003
Atlanta, Georgia

HABIF, AROGETI & WYNNE, LLP
Glenridge Highlands Two ♦ 5565 Glenridge Connector ♦ Suite 200 ♦ Atlanta, Georgia 30342
404.892.9651 ♦ Fax: 404.876.3913 ♦ www.hawcpa.com
A Summit International Affiliate ♦ Certified Public Accountants

BLIMPIE OF CALIFORNIA, INC.
BALANCE SHEETS
DECEMBER 31,

### ASSETS

| | 2002 | 2001 |
|---|---|---|
| **Current assets** | | |
| Cash | $ 23,257 | $ 14,509 |
| Accounts receivable, net of allowance for doubtful accounts of $30,000 for 2002 and $30,000 for 2001 | 48,934 | 92,749 |
| Total current assets | 72,191 | 107,258 |
| **Equipment**, at cost, net of accumulated depreciation of $14,522 for 2002 and $14,052 for 2001 | 792 | 1,262 |
| **Other assets** | | |
| Advances to affiliates | 210,798 | 210,798 |
| Advances to officers | 259,743 | 199,059 |
| License agreement, net of accumulated amortization of $87,916 for 2002 and $82,916 for 2001 | 12,084 | 17,084 |
| Total other assets | 482,625 | 426,941 |
| | $ 555,608 | $ 535,461 |

### LIABILITIES AND STOCKHOLDER'S EQUITY

| | 2002 | 2001 |
|---|---|---|
| **Current liabilities** | | |
| Lines of credit | $ 82,012 | $ 88,579 |
| Accounts payable and accrued expenses | 167,434 | 242,604 |
| Due to advertising fund | 218,586 | 124,226 |
| Total current liabilities | 468,032 | 455,409 |
| **Deferred income**, net of deferred expense of $21,500 | 36,500 | 60,500 |
| **Stockholder's equity** | | |
| Common stock, no par value: 10,000 shares authorized, 640 shares issued and outstanding | 640 | 640 |
| Paid-in capital | 83,627 | 83,627 |
| Accumulated deficit | (33,191) | (64,715) |
| Total stockholders' equity | 51,076 | 19,552 |
| | $ 555,608 | $ 535,461 |

See auditors' report and accompanying notes

BLIMPIE OF CALIFORNIA, INC.
STATEMENTS OF INCOME (LOSS)
FOR THE YEARS ENDED DECEMBER 31,

|  | 2002 | 2001 |
|---|---|---|
| Revenue |  |  |
| Continuing franchise fees | $ 417,179 | $ 471,845 |
| Initial franchise fees | 24,000 | 5,000 |
| Other | 40,647 | 53,557 |
| Total income | 481,826 | 530,402 |
| Expenses |  |  |
| Continuing licensing fees | 169,442 | 189,041 |
| General and administrative expense | 250,839 | 348,199 |
| Rent | 30,021 | 51,562 |
| Total expenses | 450,302 | 588,802 |
| Income (loss) before taxes | 31,524 | (58,400) |
| Income taxes | 0 | 0 |
| Net income (loss) | $ 31,524 | $ (58,400) |

See auditors' report and accompanying notes

-3-

## BLIMPIE OF CALIFORNIA, INC.
## STATEMENTS OF STOCKHOLDERS' EQUITY (DEFICIT)
### FOR THE YEARS ENDED DECEMBER 31, 2002 AND 2001

| | Common Stock | | Paid-in Capital | Equity (Deficit) | Advances to Total |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| Balances, January 1, 2001 | 640 | $ 640 | $ 83,627 | $ (6,315) | $ 77,952 |
| Net loss | - | - | - | (58,400) | (58,400) |
| Balances, December 31, 2001 | - | 640 | 83,627 | (64,715) | 19,552 |
| Net income | - | - | - | 31,524 | 31,524 |
| Balances, December 31, 2002 | 640 | $ 640 | $ 83,627 | $ (33,191) | $ 51,076 |

See auditors' report and accompanying notes

-4-

BLIMPIE OF CALIFORNIA, INC.
STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDED DECEMBER 31,

Increase (Decrease) In Cash

|  | 2002 | 2001 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net income (loss) | $ 31,524 | $ (58,400) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Provision for bad debts | 30,000 | 30,000 |
| Depreciation and amortization | 5,470 | 6,119 |
| Changes in operating assets and liabilities | | |
| (Increase)Decrease in accounts receivable | 13,815 | (87,941) |
| Decrease in prepaids and other current assets | 0 | 2,078 |
| Increase(Decrease) in accounts payable and accrued expenses | (75,170) | 81,899 |
| Increase(Decrease) in due to advertising fund | 94,360 | (84) |
| Increase(Decrease) in deferred income | (24,000) | 18,000 |
| Net cash provided(used) by operating activities | 75,999 | (8,329) |
| | | |
| **Cash flows from investing activities** | | |
| Repayment of officer loans | 0 | 23,075 |
| Loans to officers | 0 | (100,894) |
| Repayment of advances to affiliates | 0 | 44,000 |
| Advances to affiliates | (60,684) | (16,261) |
| Net cash used by investing activities | (60,684) | (50,080) |
| | | |
| **Cash flows from financing activities** | | |
| Net (payments)proceeds on/from short-term borrowings | (6,567) | 21,519 |
| Contributions to capital | 0 | 0 |
| Net cash provided(used) by financing activities | (6,567) | 21,519 |
| Net increase(decrease) in cash | 8,748 | (36,890) |
| Cash, beginning | 14,509 | 51,399 |
| Cash, ending | $ 23,257 | $ 14,509 |

SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:

| | | |
|---|---|---|
| Cash paid during the years for interest | $ 3,483 | $ 3,617 |

See auditors' report and accompanying notes

BLIMPIE OF CALIFORNIA, INC.
STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDED DECEMBER 31,

Increase (Decrease) In Cash

See auditors' report and accompanying notes

-6-

BLIMPIE OF CALIFORNIA, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2002 AND 2001

## Note A
## Organization and Summary of Significant Accounting Policies

Blimpie of California, Inc., a California Corporation, (the Company), markets Blimpie restaurant franchises in California, as an area franchisor. All of the Company's business is dependent upon the economic conditions within the state of California.

Cash and cash equivalents:

For purposes of the statement of cash flows, all unrestricted investment instruments with original maturities of three months or less are deemed cash equivalents. The Company had no cash equivalents at December 31, 2002 and 2001.

Revenue recognition:

The Company reports franchise fees as income when all material services or conditions relating to the sale of a franchise have been substantially performed or satisfied in accordance with the terms of the franchise agreement. The Company reports direct costs related to franchise fees when the income is recognized.

Continuing franchise fee income and license expense are based on a percentage of the gross revenues earned by operating restaurant units as defined in the franchise agreements.

Estimates:

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Depreciation:

Depreciation of equipment is computed principally on an accelerated method over five years based on the estimated useful lives of the assets.

License agreement:

The license agreement cost is being amortized on a straight-line basis over a 20-year period.

Basis of presentation:

Certain 2001 balances have been reclassified to conform to 2002 presentation.

BLIMPIE OF CALIFORNIA, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2002 AND 2001

**Note B**
**Franchising Operations**

License agreement:

The Company has a license agreement with Blimpie International, Inc. ("BII"), for the exclusive right to use the "Blimpie" trademark and technical information (recipes, methods, processes, etc.) in California. Terms of the license agreement provide that the Company is charged an initial franchise fee for each California location licensed and a continuing license fee of 2.5% of the gross revenues of the restaurants in operation. The term of the license agreement is for 99 years beginning July 1984 with renewal options as defined in the license agreement.

The license agreement, originally signed in 1984, was amended on April 30, 1992. The amended license agreement requires the Company to license not less than three Blimpie locations annually for the next 15 years. The obligation is cumulative and the Company will be credited in succeeding years for the number of Blimpie locations licensed in excess of three in any given year. Should the Company not comply with this requirement, the license agreement shall be deemed automatically terminated and cancelled. However, the agreement shall remain as to those Blimpie Restaurants developed or in the process of development with respect to any franchise or subfranchise executed between the Company and any third party as of the date of default.

Significant commitments and obligations:

In accordance with the terms of each franchisee's agreement, the Company is obligated to provide the following supervision assistance and services: layout, training and pre-opening assistance, operations manual, continuing assistance, as specified in the Uniform Franchise Offering Circular, advertising and promotion, supplies, and pricing.

Franchise ownership changes:

For the year ended December 31, 2002, franchise ownership changes are summarized as follows:

| | |
|---|---:|
| Number of franchises in operation as of December 31, 2001 | 47 |
| Number of franchises opened during the year | 3 |
| Number of franchises closed during the year | (3) |
| Number of franchises in operation at December 31, 2002 | 47 |

**Note C**
**Related Party Transactions**

Advances to affiliates:

At December 31, 2002 and 2001, advances to affiliates with common ownership for working capital purposes totaled $210,798 for 2002 and $210,798 for 2001. Interest earned on advances to affiliates totaled $0 for 2002.

BLIMPIE OF CALIFORNIA, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2002 AND 2001

**Note C**
**Related Party Transactions - Cont'd**

Advances to officers:

As of December 31, 2002 and 2001, the Company was owed $259,743 and $199,059, respectively, for advances made to two of the Company's officers. Interest was charged at rates of 6% to 7% per annum. Interest earned on advances to officers amounted to $0 and $0 for the years ended December 31, 2002 and 2001, respectively.

**Note D**
**Lines of Credit**

The Company has entered into credit agreements with two banks under which it may borrow up to $100,000 under revolving lines of credit. Current borrowings bear interest from 7.25% to 9.27% per annum. The stockholder has guaranteed borrowings under the lines of credit. During the years ended December 31, 2002 and 2001, interest incurred totaled $3,483 and $3,617, respectively.

**Note E**
**Due to Advertising Fund**

The Company receives a percentage of each franchisee's sales to be placed in an advertising co-operative fund, at the Company's sole discretion as described in the franchise agreements. At December 31, 2002 and 2001, the Company owed $218,586 and $124,226, respectively, to the advertising co-operative fund.

**Note F**
**Commitments**

During the years ended December 31, 2002 and 2001, the Company incurred rent expense of $30,021 and $51,562, respectively.

**Note G**
**Related Party**

Effective January 24, 2002, the Company's principal shareholder purchased a majority interest in Blimpie International, Inc.

BLIMPIE OF CALIFORNIA, INC.

FINANCIAL STATEMENTS
DECEMBER 31, 2003 AND 2002

BLIMPIE OF CALIFORNIA, INC.

## TABLE OF CONTENTS

| | PAGE |
|---|---|
| Independent auditors' report | 1 |
| Financial statements: | |
| Balance sheets | 2 |
| Statements of income (loss) | 3 |
| Statements of stockholder's equity (deficit) | 4 |
| Statements of cash flows | 5 |
| Notes to financial statements | 6 - 8 |



Certified Public Accountants and Business Advisors

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors of
Blimpie of California, Inc.

We have audited the accompanying balance sheets of BLIMPIE of CALIFORNIA, INC. (a C corporation) as of December 31, 2003 and 2002, and the related statements of income (loss), stockholder's equity (deficit) and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of BLIMPIE of CALIFORNIA, INC. as of December 31, 2003 and 2002, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted the United States of America.

*Habif, Arogeti & Wynne, LLP*

March 26, 2004

Atlanta, Georgia

Habif, Arogeti & Wynne, LLP
Glenridge Highlands Two  ◆  5565 Glenridge Connector  ◆  Suite 200  ◆  Atlanta, Georgia 30342
404.892.9651  ◆  Fax 404.876.3913  ◆  www.hawcpa.com
An Independent Member of Baker Tilly International  ◆  Certified Public Accountants

BLIMPIE OF CALIFORNIA, INC.
BALANCE SHEETS
DECEMBER 31,

## ASSETS

|  | 2003 | 2002 |
|---|---:|---:|
| **Current assets** | | |
| Cash | $ 40,104 | $ 49,715 |
| Accounts receivable, net of allowance for doubtful accounts of $30,000 for 2003 and $30,000 for 2002 | 236,496 | 106,391 |
| Total current assets | 276,600 | 156,106 |
| **Equipment**, at cost, net of accumulated depreciation of $14,989 for 2003 and $14,522 for 2002 | 325 | 792 |
| **Other assets** | | |
| Advances to affiliates | 210,798 | 210,798 |
| Advances to officers | 335,988 | 282,788 |
| License agreement, net of accumulated amortization of $92,916 for 2003 and $87,916 for 2002 | 7,084 | 12,084 |
| Total other assets | 553,870 | 505,670 |
|  | $ 830,795 | $ 662,568 |

## LIABILITIES AND STOCKHOLDER'S EQUITY

|  | 2003 | 2002 |
|---|---:|---:|
| **Current liabilities** | | |
| Lines of credit | $ 67,342 | $ 82,012 |
| Accounts payable and accrued expenses | 121,701 | 157,993 |
| Due to advertising fund | 340,826 | 307,998 |
| Total current liabilities | 529,869 | 548,003 |
| **Deferred income**, net of deferred expense of $21,500 | 25,845 | 35,074 |
| **Stockholder's equity** | | |
| Common stock, no par value: 10,000 shares authorized, 640 shares issued and outstanding | 640 | 640 |
| Paid-in capital | 83,627 | 83,627 |
| Accumulated deficit | 190,814 | (4,776) |
| Total stockholders' equity | 275,081 | 79,491 |
|  | $ 830,795 | $ 662,568 |

See auditors' report and accompanying notes

-2-

BLIMPIE OF CALIFORNIA, INC.
STATEMENTS OF INCOME (LOSS)
FOR THE YEARS ENDED DECEMBER 31,

|  | 2003 | 2002 |
|---|---|---|
| **Revenue** | | |
| Continuing franchise fees | $    499,266 | $    432,179 |
| Initial franchise fees | 0 | 24,000 |
| Other | 58,812 | 54,062 |
| Total income | 558,078 | 510,241 |
| | | |
| **Expenses** | | |
| Continuing licensing  fees | 150,632 | 169,442 |
| General and administrative expense | 199,117 | 250,839 |
| Rent | 12,739 | 30,021 |
| Total expenses | 362,488 | 450,302 |
| Income before taxes | 195,590 | 59,939 |
| Income taxes | 0 | 0 |
| Net income | $    195,590 | $    59,939 |

See auditors' report and accompanying notes

-3-

BLIMPIE OF CALIFORNIA, INC.
STATEMENTS OF STOCKHOLDERS' EQUITY (DEFICIT)
FOR THE YEARS ENDED DECEMBER 31, 2003 AND 2002

| | Common Stock | | Paid-in | Equity | Advances to |
| | Shares | Amount | Capital | (Deficit) | Total |
|---|---|---|---|---|---|
| Balances, January 1, 2002 | 640 | $ 640 | $ 83,627 | $ (64,715) | $ 19,552 |
| Net income | - | - | - | 59,939 | 59,939 |
| Balances, December 31, 2002 | - | 640 | 83,627 | (4,776) | 79,491 |
| Net income | - | - | - | 195,590 | 195,590 |
| Balances, December 31, 2003 | 640 | $ 640 | $ 83,627 | $ 190,814 | $ 275,081 |

See auditors' report and accompanying notes

BLIMPIE OF CALIFORNIA, INC.
STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDED DECEMBER 31,

Increase (Decrease) In Cash

|  | 2003 | 2002 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net income | $ 195,590 | $ 59,939 |
| Adjustments to reconcile net income to net cash | | |
| provided by operating activities: | | |
| Provision for bad debts | 30,000 | 30,000 |
| Depreciation and amortization | 5,467 | 5,470 |
| Changes in operating assets and liabilities | | |
| Increase in accounts receivable | (160,105) | (43,642) |
| Decrease in accounts payable and | | |
| accrued expenses | (36,291) | (84,611) |
| Increase in due to advertising fund | 32,828 | 183,772 |
| Decrease in deferred income | (9,229) | (25,426) |
| Net cash provided by operating activities | 58,260 | 125,502 |
| | | |
| **Cash flows from investing activities** | | |
| Loans to officers | (53,200) | 0 |
| Advances to affiliates | 0 | (83,729) |
| Net cash used by investing activities | (53,200) | (83,729) |
| | | |
| **Cash flows from financing activities** | | |
| Net payments on short-term borrowings | (14,670) | (6,567) |
| Net cash used by financing activities | (14,670) | (6,567) |
| Net increase(decrease) in cash | (9,610) | 35,206 |
| Cash, beginning | 49,715 | 14,509 |
| Cash, ending | $ 40,105 | $ 49,715 |

SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:

| | | |
|---|---|---|
| Cash paid during the years for interest | $ 0 | $ 3,483 |

See auditors' report and accompanying notes

BLIMPIE OF CALIFORNIA, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2003 AND 2002

Note A
Organization and Summary of Significant Accounting Policies

Blimpie of California, Inc., a California Corporation, (the Company), markets Blimpie restaurant franchises in California, as an area franchisor. All of the Company's business is dependent upon the economic conditions within the state of California.

Cash and cash equivalents:

For purposes of the statement of cash flows, all unrestricted investment instruments with original maturities of three months or less are deemed cash equivalents. The Company had no cash equivalents at December 31, 2003 and 2002.

Revenue recognition:

The Company reports franchise fees as income when all material services or conditions relating to the sale of a franchise have been substantially performed or satisfied in accordance with the terms of the franchise agreement. The Company reports direct costs related to franchise fees when the income is recognized.

Continuing franchise fee income and license expense are based on a percentage of the gross revenues earned by operating restaurant units as defined in the franchise agreements.

Estimates:

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Depreciation:

Depreciation of equipment is computed principally on an accelerated method over five years based on the estimated useful lives of the assets.

License agreement:

The license agreement cost is being amortized on a straight-line basis over a 20-year period.

Basis of presentation:

Certain 2002 balances have been reclassified to conform to 2003 presentation.

BLIMPIE OF CALIFORNIA, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2003 AND 2002

## Note B
## Franchising Operations

License agreement:

The Company has a license agreement with Blimpie International, Inc. ("BII"), for the exclusive right to use the "Blimpie" trademark and technical information (recipes, methods, processes, etc.) in California. Terms of the license agreement provide that the Company is charged an initial franchise fee for each California location licensed and a continuing license fee of 2.5% of the gross revenues of the restaurants in operation. The term of the license agreement is for 99 years beginning July 1984 with renewal options as defined in the license agreement.

The license agreement, originally signed in 1984, was amended on April 30, 1992. The amended license agreement requires the Company to license not less than three Blimpie locations annually for the next 15 years. The obligation is cumulative and the Company will be credited in succeeding years for the number of Blimpie locations licensed in excess of three in any given year. Should the Company not comply with this requirement, the license agreement shall be deemed automatically terminated and cancelled. However, the agreement shall remain as to those Blimpie Restaurants developed or in the process of development with respect to any franchise or subfranchise executed between the Company and any third party as of the date of default.

Significant commitments and obligations:

In accordance with the terms of each franchisee's agreement, the Company is obligated to provide the following supervision assistance and services: layout, training and pre-opening assistance, operations manual, continuing assistance, as specified in the Uniform Franchise Offering Circular, advertising and promotion, supplies, and pricing.

Franchise ownership changes:

For the year ended December 31, 2003, franchise ownership changes are summarized as follows:

| | |
|---|---|
| Number of franchises in operation as of December 31, 2002 | 47 |
| Number of franchises opened during the year | 3 |
| Number of franchises closed during the year | (5) |
| Number of franchises in operation at December 31, 2003 | 45 |

## Note C
## Related Party Transactions

Advances to affiliates:

At December 31, 2003 and 2002, advances to affiliates with common ownership for working capital purposes totaled $210,798 for 2003 and $210,798 for 2002. Interest earned on advances to affiliates totaled $12,648 for 2003 and $12,648 for 2002.

BLIMPIE OF CALIFORNIA, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2003 AND 2002

**Note C**
**Related Party Transactions - Continued**

Advances to officers:

As of December 31, 2003 and 2002, the Company was owed $335,988 and $282,788, respectively, for advances made to two of the Company's officers.  Interest was charged at rates of 6% to 7% per annum.  Interest earned on advances to officers totaled $14,760 for 2003 and $10,397 for 2002.

**Note D**
**Lines of Credit**

The Company has entered into credit agreements with two banks under which it may borrow up to $100,000 under revolving lines of credit.  Current borrowings bear interest from 7.25% to 9.27% per annum.  The stockholder has guaranteed borrowings under the lines of credit.  During the years ended December 31, 2003 and 2002, interest incurred totaled $0 and $3,483, respectively.

**Note E**
**Due to Advertising Fund**

The Company receives a percentage of each franchisee's sales to be placed in an advertising co-operative fund, at the Company's sole discretion as described in the franchise agreements. At December 31, 2003 and 2002, the Company owed $340,826 and $307,998, respectively, to the advertising co-operative fund.

**Note F**
**Commitments**

During the years ended December 31, 2003 and 2002,  the Company incurred rent expense of $12,739 and $30,021, respectively.

**Note G**
**Related Party**

Effective January 24, 2002, an officer of the Company purchased a majority interest in Blimpie International, Inc.

BLIMPIE OF CALIFORNIA, INC.

FINANCIAL STATEMENTS
DECEMBER 31, 2004 AND 2003



**HA&W**

Certified Public Accountants and Business Advisors

<u>INDEPENDENT AUDITORS' REPORT</u>

To the Board of Directors of
Blimpie of California, Inc.

We have audited the accompanying balance sheets of BLIMPIE of CALIFORNIA, INC. (a C corporation) as of December 31, 2004 and 2003, and the related statements of income, stockholder's equity and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of BLIMPIE of CALIFORNIA, INC. as of December 31, 2004 and 2003, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted the United States of America.

*Habif, Arogeti & Wynne, LLP*

March 19, 2005

Atlanta, Georgia

Habif, Arogeti & Wynne, LLP
Glenridge Highlands Two  ◆  5565 Glenridge Connector  ◆  Suite 200  ◆  Atlanta, Georgia 30342
404.892.9651  ◆  Fax 404.876.3913  ◆  www.hawcpa.com
An Independent Member of Baker Tilly International  ◆  Certified Public Accountants

BLIMPIE OF CALIFORNIA, INC.

## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| Independent auditors' report | 1 |
| Financial statements: | |
| Balance sheets | 2 |
| Statements of income | 3 |
| Statements of stockholder's equity | 4 |
| Statements of cash flows | 5 |
| Notes to financial statements | 6 - 8 |

BLIMPIE OF CALIFORNIA, INC.
BALANCE SHEETS
DECEMBER 31,

## ASSETS

| | 2004 | 2003 |
|---|---|---|
| **Current assets** | | |
| Cash | $ 19,023 | $ 40,104 |
| Accounts receivable, net of allowance for doubtful accounts of $30,000 for 2004 and $30,000 for 2003 | 197,065 | 236,496 |
| Total current assets | 216,088 | 276,600 |
| **Equipment**, at cost, net of accumulated depreciation of $15,059 for 2004 and $14,989 for 2003 | 255 | 325 |
| **Other assets** | | |
| Advances to affiliates | 210,798 | 210,798 |
| Advances to officers | 378,795 | 335,988 |
| License agreement, net of accumulated amortization of $96,666 for 2004 and $92,916 for 2003 | 3,334 | 7,084 |
| Total other assets | 592,927 | 553,870 |
| | $ 809,270 | $ 830,795 |

## LIABILITIES AND STOCKHOLDER'S EQUITY

| | | |
|---|---|---|
| **Current liabilities** | | |
| Lines of credit | $ 63,005 | $ 67,342 |
| Accounts payable and accrued expenses | 119,436 | 121,701 |
| Due to advertising fund | 175,218 | 340,826 |
| Total current liabilities | 357,659 | 529,869 |
| **Deferred income**, net of deferred expense of $21,500 | 25,845 | 25,845 |
| **Stockholder's equity** | | |
| Common stock, no par value: 10,000 shares authorized, 640 shares issued and outstanding | 640 | 640 |
| Paid-in capital | 83,627 | 83,627 |
| Retained earnings | 341,499 | 190,814 |
| Total stockholders' equity | 425,766 | 275,081 |
| | $ 809,270 | $ 830,795 |

See auditors' report and accompanying notes

-2-

BLIMPIE OF CALIFORNIA, INC.
STATEMENTS OF INCOME
FOR THE YEARS ENDED DECEMBER 31,

| | | 2004 | | 2003 |
|---|---|---|---|---|
| Revenue | | | | |
| Continuing franchise fees | $ | 525,962 | $ | 499,266 |
| Initial franchise fees | | 42,000 | | 0 |
| Other | | 0 | | 58,812 |
| Total income | | 567,962 | | 558,078 |
| | | | | |
| Expenses | | | | |
| Continuing licensing fees | | 139,224 | | 150,632 |
| Initial franchise fees to licensor | | 21,000 | | 0 |
| General and administrative expense | | 245,546 | | 199,117 |
| Rent | | 11,507 | | 12,739 |
| Total expenses | | 417,277 | | 362,488 |
| Income before taxes | | 150,685 | | 195,590 |
| Income taxes | | 0 | | 0 |
| Net income | $ | 150,685 | $ | 195,590 |

See auditors' report and accompanying notes

-3-

BLIMPIE OF CALIFORNIA, INC.
STATEMENTS OF STOCKHOLDERS' EQUITY (DEFICIT)
FOR THE YEARS ENDED DECEMBER 31, 2004 AND 2003

| | Common Stock | | Paid-in Capital | Equity (Deficit) | Advances to Total |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| Balances, January 1, 2003 | 640 | $ 640 | $ 83,627 | $ (4,776) | $ 79,491 |
| Net income | - | - | - | 195,590 | 195,590 |
| Balances, December 31, 2003 | 640 | 640 | 83,627 | 190,814 | 275,081 |
| Net income | - | - | - | 150,685 | 150,685 |
| Balances, December 31, 2004 | 640 | $ 640 | $ 83,627 | $ 341,499 | $ 425,766 |

See auditors' report and accompanying notes

-4-

BLIMPIE OF CALIFORNIA, INC.
STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDED DECEMBER 31,

Increase (Decrease) In Cash

|  | 2004 | 2003 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net income | $ 150,685 | $ 195,590 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Provision for bad debts | 30,000 | 30,000 |
| Depreciation and amortization | 5,094 | 5,467 |
| Changes in operating assets and liabilities | | |
| Increase in accounts receivable | (69,431) | (160,105) |
| Decrease in accounts payable and accrued expenses | (2,265) | (36,291) |
| Increase(Decrease) in due to advertising fund | (165,608) | 32,828 |
| Decrease in deferred income | 0 | (9,229) |
| Net cash provided(used) by operating activities | (51,525) | 58,260 |
| **Cash flows from investing activities** | | |
| Loans to officers | (42,807) | (53,200) |
| Net cash used by investing activities | (42,807) | (53,200) |
| **Cash flows from financing activities** | | |
| Net payments on short-term borrowings | (4,337) | (14,670) |
| Net cash used by financing activities | (4,337) | (14,670) |
| Net decrease in cash | (98,669) | (9,610) |
| Cash, beginning | 40,105 | 49,715 |
| Cash, ending | $ (58,564) | $ 40,105 |

SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:

| | | |
|---|---|---|
| Cash paid during the years for interest | $ 0 | $ 0 |

See auditors' report and accompanying notes

-5-

BLIMPIE OF CALIFORNIA, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2004 AND 2003

Note A
Organization and Summary of Significant Accounting Policies

Blimpie of California, Inc., a California Corporation, (the Company), markets Blimpie restaurant franchises in California, as an area franchisor. All of the Company's business is dependent upon the economic conditions within the state of California.

Cash and cash equivalents:

For purposes of the statement of cash flows, all unrestricted investment instruments with original maturities of three months or less are deemed cash equivalents. The Company had no cash equivalents at December 31, 2004 and 2003.

Revenue recognition:

The Company reports franchise fees as income when all material services or conditions relating to the sale of a franchise have been substantially performed or satisfied in accordance with the terms of the franchise agreement. The Company reports direct costs related to franchise fees when the income is recognized.

Continuing franchise fee income and license expense are based on a percentage of the gross revenues earned by operating restaurant units as defined in the franchise agreements.

Estimates:

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Depreciation:

Depreciation of equipment is computed principally on an accelerated method over five years based on the estimated useful lives of the assets.

License agreement:

The license agreement cost is being amortized on a straight-line basis over a 20-year period.

Basis of presentation:

Certain 2003 balances have been reclassified to conform to 2004 presentation.

BLIMPIE OF CALIFORNIA, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2004 AND 2003

### Note B
### Franchising Operations

License agreement:

The Company has a license agreement with Blimpie International, Inc. ("BII"), for the exclusive right to use the "Blimpie" trademark and technical information (recipes, methods, processes, etc.) in California. Terms of the license agreement provide that the Company is charged an initial franchise fee for each California location licensed and a continuing license fee of 2.5% of the gross revenues of the restaurants in operation. The term of the license agreement is for 99 years beginning July 1984 with renewal options as defined in the license agreement.

The license agreement, originally signed in 1984, was amended on April 30, 1992. The amended license agreement requires the Company to license not less than three Blimpie locations annually for the next 15 years. The obligation is cumulative and the Company will be credited in succeeding years for the number of Blimpie locations licensed in excess of three in any given year. Should the Company not comply with this requirement, the license agreement shall be deemed automatically terminated and cancelled. However, the agreement shall remain as to those Blimpie Restaurants developed or in the process of development with respect to any franchise or subfranchise executed between the Company and any third party as of the date of default.

Significant commitments and obligations:

In accordance with the terms of each franchisee's agreement, the Company is obligated to provide the following supervision assistance and services: layout, training and pre-opening assistance, operations manual, continuing assistance, as specified in the Uniform Franchise Offering Circular, advertising and promotion, supplies, and pricing.

Franchise ownership changes:

For the year ended December 31, 2004, franchise ownership changes are summarized as follows:

| | |
|---|---|
| Number of franchises in operation as of December 31, 2003 | 47 |
| Number of franchises opened during the year | 3 |
| Number of franchises closed during the year | (5) |
| Number of franchises in operation at December 31, 2004 | 45 |

### Note C
### Related Party Transactions

Advances to affiliates:

At December 31, 2004 and 2003, advances to affiliates with common ownership for working capital purposes totaled $210,798 for 2004 and $210,798 for 2003. Interest earned on advances to affiliates totaled $12,648 for 2004 and $12,648 for 2003.

-7-

BLIMPIE OF CALIFORNIA, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2004 AND 2003

**Note C**
**Related Party Transactions - Continued**

Advances to officers:

As of December 31, 2004 and 2003, the Company was owed $378,795 and $335,988, respectively, for advances made to two of the Company's officers. Interest was charged at rates of 6% to 7% per annum. Interest earned on advances to officers totaled $19,199 for 2004 and $14,760 for 2003.

**Note D**
**Lines of Credit**

The Company has entered into credit agreements with two banks under which it may borrow up to $100,000 under revolving lines of credit. Current borrowings bear interest from 7.25% to 9.27% per annum. The stockholder has guaranteed borrowings under the lines of credit.

**Note E**
**Due to Advertising Fund**

The Company receives a percentage of each franchisee's sales to be placed in an advertising co-operative fund, at the Company's sole discretion as described in the franchise agreements. At December 31, 2004 and 2003, the Company owed $175,218 and $340,826, respectively, to the advertising co-operative fund.

**Note F**
**Commitments**

During the years ended December 31, 2004 and 2003, the Company incurred rent expense of $11,507 and $12,739, respectively.

**Note G**
**Related Party**

Effective January 24, 2002, an officer of the Company purchased a majority interest in Blimpie International, Inc.

**BLIMPIE OF CALIFORNIA, INC**
**Financial Statements**
**December 31, 2005 and 2004**



Certified Public Accountants
& Consultants

Eisman, Zucker, Klein & Ruttenberg, LLP

# BLIMPIE OF CALIFORNIA, INC.
## Financial Statements
### December 31, 2005 and 2004

## Table of Contents

|  | PAGE |
|---|---|
| **Independent Auditors' Report** | 1 |
| **Financial Statements** | |
| Balance Sheets | 2 |
| Statements of Income and Retained Earnings | 3 |
| Statements of Cash Flows | 4 |
| **Notes to Financial Statements** | 5-7 |

EZKR  Certified Public Accountants
      & Consultants

**EZKR**  Certified Public Accountants
& Consultants

Eisman, Zucker, Klein & Ruttenberg, LLP

<br>

### Independent Auditors' Report

To the Board of Directors of
Blimpie of California, Inc.

We have audited the accompanying balance sheets of Blimpie of California, Inc. as of December 2005 and the related statements of income, stockholder's equity and cash flow for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatements. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Blimpie of California, Inc. as of December 31, 2005 and the results of its operations and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

The financial statements of Blimpie of California, Inc. as of and for the year ended December 2004 were audited by other auditors; whose report dated March 19, 2005 expressed an unqualified opinion on those statements.

*Eisman Zucker Klein & Ruttenberg LLP*

White Plains, NY
May 5, 2006

# BLIMPIE OF CALIFORNIA, INC.
## Balance Sheets
### December 31,

## ASSETS

| | 2005 | 2004 |
|---|---|---|
| **Current Assets** | | |
| Cash | $ 15,927 | $ 19,023 |
| Account receivable, net of allowance for doubtful accounts of $20,000 for 2005 and $30,000 for 2004 | 121,482 | 197,065 |
| Prepaid expenses | 376 | - |
| Total Current Assets | 137,785 | 216,088 |
| | | |
| **Equipment** | | |
| at cost, net of accumulated depreciation of $15,314 for 2005 and $15,059 for 2004 | - | 255 |
| | | |
| **Other Assets** | | |
| Advance to affiliates, net of allowance of $100,000 for 2005 | 110,798 | 210,798 |
| Advance to officers | 382,794 | 378,795 |
| Due from BIXY, Inc. | 45,773 | - |
| License agreement, net of accumulated amortization of $100,000 for 2005 and $96,666 for 2004 | - | 3,334 |
| Total Other Assets | 539,365 | 592,927 |
| | | |
| **TOTAL ASSETS** | $ 677,150 | $ 809,270 |

## LIABILITIES AND STOCKHOLDERS' EQUITY

| | 2005 | 2004 |
|---|---|---|
| **Current Liabilities** | | |
| Lines of credit | $ 53,686 | $ 63,005 |
| Accounts payable and accrued expenses | 28,085 | 119,436 |
| Due to advertising fund | 187,473 | 175,218 |
| Total Current Liabilities | 269,244 | 357,659 |
| | | |
| Deferred income, net of deferred expense of $21,500 in 2004 | 130,000 | 25,845 |
| | | |
| **Stockholders' Equity** | | |
| Common stock, no par value: 10,000 shares authorized, 640 shares issued and outstanding | 640 | 640 |
| Paid-in capital | 83,627 | 83,627 |
| Retained earnings | 193,639 | 341,499 |
| Total Stockholder's Equity | 277,906 | 425,766 |
| | | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 677,150 | $ 809,270 |

See accompanying notes

2

EZKR  Certified Public Accountants & Consultants

## BLIMPIE OF CALIFORNIA, INC.
### Statements of Income and Retained Earnings
### For the Years Ended December 31,

|  | 2005 | 2004 |
|---|---|---|
| **Revenue** | | |
| Continuing franchise fees | $ 365,693 | $ 525,962 |
| Initial franchise fees | 47,345 | 42,000 |
| Other | 67,888 | - |
| Total Revenue | 480,926 | 567,962 |
| **Expenses** | | |
| Continuing licensing fees | 152,372 | 139,224 |
| Initial franchise fees to licensor | 21,500 | 21,000 |
| General and administrative expense | 328,961 | 245,546 |
| Rent | 12,000 | 11,507 |
| Total Expenses | 514,833 | 417,277 |
| Net operating income (loss) | (33,907) | 150,685 |
| Other Expenses | (113,953) | - |
| Net Income (Loss) | (147,860) | 150,685 |
| Retained earning, beginning | 341,499 | 190,814 |
| Retained earnings, ending | $ 193,639 | $ 341,499 |

See accompanying notes

3

EZKR Certified Public Accountants & Consultants

## BLIMPIE OF CALIFORNIA, INC.
### Statements of Cash Flows
### For the Years Ended December 31,

|  |  | 2005 |  | 2004 |
|---|---|---|---|---|
| **Cash Flows from Operating Activities** |  |  |  |  |
| Net Income (Loss) | $ | (147,860) | $ | 150,685 |
| Adjustments to reconcile net income to net cash provided by operating activities: |  |  |  |  |
| Provision for bad debts |  | 90,000 |  | 30,000 |
| Depreciation and amortization |  | 3,589 |  | 5,094 |
| Deferred income |  | 104,155 |  | - |
| (Increase) decrease in: |  |  |  |  |
| Accounts receivable |  | 85,583 |  | (69,431) |
| Prepaid expenses |  | (376) |  | - |
| Due from BIXY, Inc. |  | (45,773) |  | - |
| Increase (decrease) in: |  |  |  |  |
| Accounts payable and accrued expenses |  | (91,351) |  | (2,265) |
| Due to advertising fund |  | 12,255 |  | (165,608) |
| Net cash provided (used) by operating activities |  | 10,222 |  | (51,525) |
| **Cash Flows from Investing Activities** |  |  |  |  |
| Loan to officers |  | (3,999) |  | (42,807) |
| Net cash used by investing activities |  | (3,999) |  | (42,807) |
| **Cash Flows from Financing Activities** |  |  |  |  |
| Net payment on short-term borrowings |  | (9,319) |  | (4,337) |
| Net cash used by financing activities |  | (9,319) |  | (4,337) |
| **Net Decrease in Cash** | $ | (3,096) |  | (98,669) |
| Cash, beginning |  | 19,023 |  | 117,692 |
| **CASH, ENDING** | $ | 15,927 | $ | 19,023 |
| **Supplemental Information** |  |  |  |  |
| Cash paid during the years for interest | $ | 5,791 | $ | - |

See accompanying notes

4

EZKR   Certified Public Accountants
       & Consultants

## BLIMPIE OF CALIFORNIA, INC.
### Notes to Financial Statements
### For the Years Ended December 31, 2005 and 2004

**Organization**

Blimpie of California, Inc., a California Corporation, (the Company), markets Blimpie restaurant franchises in California, as an area franchisor.  All of the Company's business is dependent upon the economic conditions within the state of California.

*Cash and Cash Equivalents*

For purposes of the statement of cash flows, all unrestricted investment instruments with original maturities of three months or less are deemed cash equivalents.  The Company had no cash equivalents at December 31, 2005 and 2004.

*Revenue Recognition*

The Company reports franchise fees as income when all material services or conditions relating to the sale of franchise have been substantially performed or satisfied in accordance with the terms if the franchise agreement.  The Company reports direct cost related to franchise fees when the income is recognized.

Continuing franchise fee income and license expense are based on a percentage of the gross revenues earned by operating restaurant units as defined in the franchise agreements.

*Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles required management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Depreciation*

Depreciation of equipment is computed principally on an accelerated method over five years based on the estimated useful lives of the assets.

*License Agreement*

The license agreement cost is being amortized on a straight-line basis over a 20-year period.

5



**BLIMPIE OF CALIFORNIA, INC.**
**Notes to Financial Statements**
**For the Years Ended December 31, 2005 and 2004**

**Franchising Operations**

*License Agreement*

In 1984 the Company entered into a license agreement with Blimpie International, Inc. (BII), for the exclusive right to use the "Blimpie" trademark and technical information (recipes, methods, process, etc.) in California. Terms of the license agreement provide that the Company is charged an initial franchise fee for each California location licensed and a continuing license fee of 2.5% of the gross revenues of the restaurant in operation. The term of the license agreement is for 99 years beginning July 1984 with renewal options as defined in the license agreement. In January 2006 the agreement was assigned to KBI Holdings, LLC.

The license agreement, originally signed in 1984, was amended on April 30, 1992. The amended license agreement requires the Company to license not less than three Blimpie locations annually for the next 15 years. The obligation is cumulative and the Company will be credited in succeeding years for the number of Blimpie locations licenses in excess of three in any given year. Should the Company not comply with this requirement, the license agreement shall be deemed automatically terminated and cancelled. However, the agreement shall remain as to those Blimpie Restaurants developed or in the process of development with respect to any franchise or subfranchise executed between the Company and any third party as of the date default.

*Significant Commitments and Obligations:*

In accordance with the terms of each franchisee's agreement, the Company is obligated to provide the following supervision assistance and services: layout, training and pre-opening assistance, operations manual, continuing assistance, as specified in the Uniform Franchise Offering Circular, advertising and promotion, supplies and pricing.

*Franchise ownership changes:*

For the year ended December 31, 2005 and 2004, franchise ownership changes are summarized as follows:

|  | 2005 | 2004 |
|---|---|---|
| Number of franchise in operation – beginning of year | 29 | 39 |
| Number of franchise opened during the year | 4 | 4 |
| Number of franchise closing during the year | (7) | (14) |
| Number of franchise in operation – end of year | 26 | 29 |

6


Certified Public Accountants
& Consultants

**BLIMPIE OF CALIFORNIA, INC.**
Notes to Financial Statements
For the Years Ended December 31, 2005 and 2004

## Related Party Transactions

*Advances to Affiliates*

At December 31, 2005 and 2004, advances to affiliates with common ownership for working capital purposes totaled $110,798 and $210,798, respectively.

*Advances to Officers*

As of December 31, 2005 and 2004, the Company was owed $ 382,794 and $ 378,795, respectively, for advances made to two of the Company's officers.

## Line of Credit

The Company has entered into credit agreements with two banks under which it may borrow up to $100,000 under revolving lines of credit. Current borrowing bear interest from 7.25% to 9.27% per annum. The stockholder has guaranteed borrowings under the lines of credit.

## Due to Advertising Fund

The Company receives a percentage of each franchisee's sales to be placed in an advertising co-operative fund, at the Company's sole discretion as described in the franchise agreements. At December 31, 2005, and 2004, the Company owed $ 187,473 and $175,218, respectively, to the advertising co-operative fund.

## Commitments

During the years ended December 31, 2005 and 2004, the Company incurred rent expense of $12,000 and $11,207, respectively.

7



**BLIMPIE OF CALIFORNIA, INC**
**Financial Statements**
**December 31, 2006 and 2005**



Certified Public Accountants
& Consultants

**BLIMPIE OF CALIFORNIA, INC.**
Financial Statements
December 31, 2006 and 2005

## Table of Contents

|  | PAGE |
|---|---|
| Independent Auditors' Report | 1 |
| **Financial Statements** | |
| Balance Sheets | 2 |
| Statements of Income and Retained Earnings | 3 |
| Statements of Cash Flows | 4 |
| Notes to Financial Statements | 5-7 |

EZKR  Certified Public Accountants
& Consultants



**EZKR** Certified Public Accountants
& Consultants

Eisman, Zucker, Klein & Ruttenberg, LLP

# Independent Auditors' Report

To the Board of Directors of
Blimpie of California, Inc.

We have audited the accompanying balance sheets of Blimpie of California, Inc. as of December 2006 and 2005 and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements based on our audit.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatements. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Blimpie of California, Inc. as of December 31, 2006 and 2005 and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Eisman, Zucker Klein & Ruttenberg LLP*

March 17, 2007

## BLIMPIE OF CALIFORNIA, INC.
### Balance Sheets
### December 31,

### ASSETS

| | 2006 | 2005 |
|---|---:|---:|
| **Current Assets** | | |
| Cash | $ 102,265 | $ 15,927 |
| Accounts receivable, net of allowance for doubtful accounts of $20,000 for 2005 | 9,902 | 121,482 |
| Advances to affiliates-short term | 60,000 | - |
| Advance to officers-short term | 50,000 | - |
| Prepaid expenses | - | 376 |
| Total Current Assets | 222,167 | 137,785 |
| | | |
| **Equipment** | | |
| at cost, net of accumulated depreciation of $15,314 | - | - |
| | | |
| **Other Assets** | | |
| Advance to affiliates, net of allowance of $125,000 and $100,000 | 33,489 | 110,798 |
| Advance to officers | 310,295 | 382,794 |
| Due from BIXY, Inc. | - | 45,773 |
| Total Other Assets | 343,784 | 539,365 |
| | | |
| **TOTAL ASSETS** | $ 565,951 | $ 677,150 |

### LIABILITIES AND STOCKHOLDERS' EQUITY

| | 2006 | 2005 |
|---|---:|---:|
| **Current Liabilities** | | |
| Lines of credit | $ 44,665 | $ 53,686 |
| Accounts payable and accrued expenses | 82,035 | 28,085 |
| Due to advertising fund | 21,170 | 187,473 |
| Total Current Liabilities | 147,870 | 269,244 |
| | | |
| **Long-term debt** | 170,000 | - |
| | | |
| Deferred income, net of deferred expense | 107,867 | 130,000 |
| | | |
| **Stockholders' Equity** | | |
| Common stock, no par value: 10,000 shares authorized, 640 shares issued and outstanding | 640 | 640 |
| Paid-in capital | 83,627 | 83,627 |
| Retained earnings | 55,947 | 193,639 |
| Total Stockholders' Equity | 140,214 | 277,906 |
| | | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 565,951 | $ 677,150 |

See accompanying notes

2



EZKR Certified Public Accountants & Consultants

**BLIMPIE OF CALIFORNIA, INC.**
**Statements of Income and Retained Earnings**
**For the Years Ended December 31,**

|  | 2006 | 2005 |
|---|---|---|
| **Revenue** | | |
| Continuing franchise fees | $ 386,592 | $ 365,693 |
| Initial franchise fees | 33,000 | 47,345 |
| Other | 38,000 | 67,888 |
| Total Revenue | 457,592 | 480,926 |
| | | |
| **Expenses** | | |
| Continuing licensing fees | 151,012 | 152,372 |
| Initial franchise fees to licensor | 10,260 | 21,500 |
| General and administrative expense | 409,012 | 340,961 |
| Total Expenses | 570,284 | 514,833 |
| | | |
| Net operating loss | (112,692) | (33,907) |
| | | |
| Other Expenses | (25,000) | (113,953) |
| | | |
| Net Loss | (137,692) | (147,860) |
| | | |
| Retained earning, beginning | 193,639 | 341,499 |
| | | |
| **Retained earnings, ending** | $ 55,947 | $ 193,639 |

See accompanying notes

3

EZKR   Certified Public Accountants
       & Consultants

**BLIMPIE OF CALIFORNIA, INC.**
**Statements of Cash Flows**
**For the Years Ended December 31,**

|  | | 2006 | | 2005 |
|---|---|---:|---|---:|
| **Cash Flows from Operating Activities** | | | | |
| Net Loss | $ | (137,692) | $ | (147,860) |
| Adjustments to reconcile net loss to net cash provided (used) by operating activities: | | | | |
| Provision for bad debts | | 25,000 | | 90,000 |
| Depreciation and amortization | | - | | 3,589 |
| Deferred income | | (22,133) | | 104,155 |
| (Increase) decrease in: | | | | |
| Accounts receivable | | 131,580 | | 85,583 |
| Prepaid expenses | | 376 | | (376) |
| Advances to affiliates | | 17,309 | | - |
| Due from BIXY, Inc. | | 45,773 | | (45,773) |
| Increase (decrease) in: | | | | |
| Accounts payable and accrued expenses | | 53,949 | | (91,351) |
| Due to advertising fund | | (166,303) | | 12,255 |
| Net cash provided (used) by operating activities | | (52,141) | | 10,222 |
| **Cash Flows from Investing Activities** | | | | |
| Advances to officers | | (22,500) | | (3,999) |
| Net cash used by investing activities | | (22,500) | | (3,999) |
| **Cash Flows from Financing Activities** | | | | |
| Short-term borrowings | | (9,021) | | (9,319) |
| Long-term borrowings | | 170,000 | | - |
| Net cash provided (used) by financing activities | | 160,979 | | (9,319) |
| Net Increase (Decrease) in Cash | $ | 86,338 | $ | (3,096) |
| Cash, beginning | $ | 15,927 | | 19,023 |
| CASH, ENDING | $ | 102,265 | $ | 15,927 |
| **Supplemental Information** | | | | |
| Cash paid during the years for interest | $ | 3,880 | $ | 5,791 |
| Cash paid during the years for taxes | $ | 4,020 | $ | 3,451 |

See accompanying notes

4

EZKR Certified Public Accountants & Consultants

### BLIMPIE OF CALIFORNIA, INC.
#### Notes to Financial Statements
#### For the Years Ended December 31, 2006 and 2005

## Organization

Blimpie of California, Inc., a California Corporation, (the Company), markets Blimpie restaurant franchises in California, as an area franchisor. All of the Company's business is dependent upon the economic conditions within the state of California.

### Cash and Cash Equivalents

For purposes of the statement of cash flows, all unrestricted investment instruments with original maturities of three months or less are deemed cash equivalents. The Company had no cash equivalents at December 31, 2006 and 2005.

### Revenue Recognition

The Company reports franchise fees as income when all material services or conditions relating to the sale of franchise have been substantially performed or satisfied in accordance with the terms of the franchise agreement. The Company reports direct cost related to franchise fees when the income is recognized.

Continuing franchise fee income and license expense are based on a percentage of the gross revenues earned by operating restaurant units as defined in the franchise agreements.

### Estimates

The preparation of financial statements in conformity with generally accepted accounting principles required management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Depreciation

Depreciation of equipment is computed principally on an accelerated method over five years based on the estimated useful lives of the assets.



BLIMPIE OF CALIFORNIA, INC.
Notes to Financial Statements
For the Years Ended December 31, 2006 and 2005

## Franchising Operations

*License Agreement*

In 1984 the Company entered into a license agreement with Blimpie International, Inc. (BII), for the exclusive right to use the "Blimpie" trademark and technical information (recipes, methods, process, etc.) in California. Terms of the license agreement provide that the Company is charged an initial franchise fee for each California location licensed and a continuing license fee of 2.5% of the gross revenues of the restaurants in operation. The term of the license agreement is for 99 years beginning July 1984 with renewal options as defined in the license agreement. In January 2005 the agreement was assigned to KBI Holdings, LLC.

The license agreement, originally signed in 1984, was amended on April 30, 1992. The amended license agreement requires the Company to license not less than three Blimpie locations annually for the next 15 years. The obligation is cumulative and the Company will be credited in succeeding years for the number of Blimpie locations licenses in excess of three in any given year. Should the Company not comply with this requirement, the license agreement shall be deemed automatically terminated and cancelled. However, the agreement shall remain as to those Blimpie Restaurants developed or in the process of development with respect to any franchise or subfranchise executed between the Company and any third party as of the date default.

*Significant Commitments and Obligations:*

In accordance with the terms of each franchisee's agreement, the Company is obligated to provide the following supervision assistance and services: layout, training and pre-opening assistance, operations manual, continuing assistance, as specified in the Uniform Franchise Offering Circular, advertising and promotion, supplies and pricing.

*Franchise ownership changes:*

For the year ended December 31, 2006 and 2005, franchise ownership changes are summarized as follows:

|  | 2006 | 2005 |
|---|---|---|
| Number of franchise in operation – beginning of year | 26 | 29 |
| Number of franchise opened during the year | 5 | 4 |
| Number of franchise closing during the year | (3) | (7) |
| Number of franchise in operation – end of year | 28 | 26 |

6



EZKR Certified Public Accountants & Consultants