Rec'd. FEDEX
11/28/07
6705.2
BA/KF/SF/File
Gillette re: Blimpie of California

## JONES GARNEAU, LLP
670 White Plains Road, Penthouse
Scarsdale, New York 10583
Phone (914) 472-2300
Facsimile (914) 472-2312

New York City Office
60 East 42nd Street, Suite 3210
New York, NY 10165
Phone (212) 759-2500
Facsimile (212) 661-4174

Stephen J. Jones
Steven T. Sledzik*
Gregg P. Garneau
Christian G. Zebicoff
Clifford I. Bass
Marianne Hoffman*
Michael K. Stanton, Jr.*

Marcy Blake
Alexandra Maxwell*
*Also Admitted in Connecticut

*Of Counsel*
Louis W. Bauman
Adam T. Bradley
John G. Callahan
John J. Lynch
Sarah Thomas Maldonado
Robert Newman
Paul F. Perreten
Robert W. Spencer
Deborah H. Wayne*

By Federal Express

November 27, 2007

Kevin Fritz, Esq.
Storch Amini & Munves, PC
2 Grand Central Tower
140 E. 45th Street
New York, NY 10017

Re: Gillette v. Endervelt

Dear Mr. Fritz:

Enclosed is a copy of an affidavit of Dr. David Blum, M.D., Belle Endervelt's treating internist. Because of Mrs. Endervelt's condition, her statements are inherently unreliable and cannot be relied upon by either party or the Court in order to respond to the Requests for Admission and Interrogatories that Plaintiff has served upon her. Her participation in discovery could very well cause physical problems associated with her present medical condition. We ask that you withdraw the discovery demands or we will move for a protective order as to the same.

Very truly yours,

Steven T. Sledzik/sts

Steven T. Sledzik

sts
Enclosures
cc: Jeffrey Endervelt (w/ enclosure)
    Dora Ricci (w/enclosure)