## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )ss.:
COUNTY OF NEW YORK      )

Bonnita Fields, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York.

On December 28, 2007, deponent served a true copy of **PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR THE APPOINTMENT OF A GUARDIAN AD LITEM, NOTICE OF MOTION, DECLARATION OF KEVIN FRITZ IN SUPPORT OF PLAINTIFF'S MOTION FOR THE APPOINTMENT OF GUARDIAN AD LITEM AND AFFIDAVIT OF CYNTHIA S. GILLETTE IN SUPPORT OF PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A GUARDIAN AD LITEM** upon:

Steven Sledzik
Jones Garneau, LLP
670 White Plains Road
Scarsdale, NY 10583

by depositing the same thereof enclosed in a postpaid wrapper marked for overnight delivery under the exclusive care and custody of Federal Express.

_____
Bonnita Fields

Sworn to before me this
28th day of December, 2007.

_____
Notary Public

RUSSELL BOGART
Notary Public, State of New York
No. 02BO6139279
Qualified in New York County
Commission Expires on January 3, 2010