## JONES GARNEAU, LLP

670 White Plains Road, Penthouse
Scarsdale, New York 10583
Phone (914) 472-2300
Facsimile (914) 472-2312

New York City Office
60 East 42nd Street, Suite 3210
New York, NY 10165
Phone (212) 759-2500
Facsimile (212) 661-4174

Connecticut Office
666 Summer Street
Stamford, Connecticut 06901
Phone (203) 965-7700
Facsimile (203) 324-9621

Stephen J. Jones
Steven T. Sledzik*
Gregg P. Garneau
Christian G. Zebicoff
Clifford I. Bass
Marianne Hoffman*
Michael K. Stanton, Jr.*

Marcy Blake
Alexandra Maxwell*
*Also Admitted in Connecticut

Of Counsel
Louis W. Bauman
Adam T. Bradley
John G. Callahan
John J. Lynch
Sarah Thomas Maldonado
Robert Newman
Paul F. Perreten
Robert W. Spencer
Deborah H. Wayne*

By Facsimile

January 11, 2008

The Honorable Charles L. Brieant
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*[Handwritten: MEMO ENDORSED / Application Granted / So Ordered / Jan 15, 2008 / Charles L. Brieant USDJ]*

Re:   Gillette v. Endervelt, 07 Civ. 4697 (CLB)

Dear Judge Brieant:

We represent the Defendants in the above-captioned case. We are writing to advise the Court that the parties have agreed to adjourn the return date of Plaintiff's Motion for the Appointment of a Guardian Ad Litem for Defendant Belle Endervelt to February 8, 2008 at 10:00 a.m.

Respectfully submitted,

Steven T. Sledzik
STS:sg
cc:   Kevin Fritz, Esq. (counsel for Plaintiff, by facsimile)
      Jeffrey Endervelt
      Dora Ricci