UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CYNTHIA S. GILLETTE, individually and
derivatively on behalf of nominal defendant
BLIMPIE OF CALIFORNIA, INC.,

              Plaintiff,              07 Civ. 4697 (CLB)

      v.

JEFFREY ENDERVELT, BELLE
ENDERVELT and DORA RICCI,

              Defendants,

      and

BLIMPIE OF CALIFORNIA, INC.,

              Nominal Defendant.
------------------------------------------------------------x

## NOTICE OF SETTLEMENT OF ORDER GRANTING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A GUARDIAN AD LITEM

PLEASE TAKE NOTICE that plaintiff Cynthia S. Gillette ("Gillette"), individually and derivatively on behalf of nominal defendant Blimpie of California, Inc. ("BOC") (collectively, "Plaintiff"), will present the attached proposed order to the Honorable Charles L. Brieant, United States District Judge, for signature on February 19, 2008.

PLEASE TAKE FURTHER NOTICE that counter-orders, if any, must be submitted to the Court and received by the undersigned by February 15, 2008.

Dated: New York, New York
       February 11, 2008

                                                 /s/ Kevin Fritz
                                    Bijan Amini (BA 3533)
                                    Kevin Fritz (KF 6788)
                                    STORCH AMINI MUNVES PC
                                    Two Grand Central Tower
                                    140 East 45th Street, 25th Floor
                                    New York, New York 10017
                                    Tel: (212) 490-4100
                                    Fax: (212) 490-4208

                                    Attorneys for Plaintiff


TO:    Steven Sledzik, Esq.
         JONES GARNEAU, LLP
         670 White Plains Road, Penthouse
         Scarsdale, NY 10583
         Tel: (914) 472-2300
         Fax: (914) 472-2312

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CYNTHIA S. GILLETTE, individually and
derivatively on behalf of nominal defendant
BLIMPIE OF CALIFORNIA, INC.,

               Plaintiff,                             07 Civ. 4697 (CLB)

     v.

JEFFREY ENDERVELT, BELLE
ENDERVELT and DORA RICCI,

               Defendants,

     and

BLIMPIE OF CALIFORNIA, INC.,

               Nominal Defendant.
------------------------------------------------------------x

## ORDER GRANTING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A GUARDIAN AD LITEM

Upon the motion dated January 3, 2008 of Cynthia S. Gillette ("Gillette"), individually and derivatively on behalf of nominal defendant Blimpie of California, Inc. ("BOC") (collectively, "Plaintiff"), for an order pursuant to Fed. R. Civ. P. 17(c), appointing a guardian ad litem to represent defendant Belle Endervelt (the "Motion"), the papers submitted by Plaintiff in support thereof, the papers submitted by defendants Jeffrey Endervelt, Belle Endervelt, and Dora Ricci (collectively, "Defendants") in opposition thereto; and a hearing having been held on February 8, 2008 (the "Hearing"), at which all parties were permitted to present their arguments and contentions; and for the reasons set forth on the record at the Hearing, it is hereby

     ORDERED that the Motion is granted;

2

ORDERED that the Court appoints _____ as guardian ad litem for defendant Belle Endervelt; and

ORDERED that BOC shall post a bond in the amount of eighty thousand dollars ($80,000.00).

Dated: February __, 2008

_____
The Honorable Charles L. Brieant
United States District Judge