## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )ss.:
COUNTY OF NEW YORK       )

    Scott Fishwick, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

    On February 11, 2008, deponent served a true copy of **NOTICE OF SETTLEMENT OF ORDER GRANTING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A GUARDIAN AD LITEM** upon:

Steven Sledzik
Jones Garneau, LLP
670 White Plains Road
Scarsdale, NY 10583

by depositing the same thereof enclosed in a postpaid wrapper marked for overnight delivery under the exclusive care and custody of Federal Express.

                                                                             Scott Fishwick

Sworn to before me this
12th day of February, 2008.

_____
Notary Public

KEVIN FRITZ
Notary Public, State of New York
No. 02FR6139281
Qualified in New York County
Commission Expires on January 3, 2010