UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CYNTHIA S. GILLETTE, individually and
derivatively on behalf of nominal defendant
BLIMPIE OF CALIFORNIA, INC.,

            Plaintiff,                    07 Civ. 4697 (CLB)

        v.

JEFFREY ENDERVELT, BELLE
ENDERVELT and DORA RICCI,

           Defendants,

        and

BLIMPIE OF CALIFORNIA, INC.,

           Nominal Defendant.
----------------------------------------------------------x

## NOTICE OF SETTLEMENT OF ORDER GRANTING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A GUARDIAN AD LITEM

      PLEASE TAKE NOTICE that plaintiff Cynthia S. Gillette ("Gillette"), individually and derivatively on behalf of nominal defendant Blimpie of California, Inc. ("BOC") (collectively, "Plaintiff"), will present the attached proposed order to the Honorable Charles L. Brieant, United States District Judge, for signature on February 19, 2008.

      PLEASE TAKE FURTHER NOTICE that counter-orders, if any, must be submitted to the Court and received by the undersigned by February 15, 2008.

Dated: New York, New York
       February 11, 2008

                                        /s/ Kevin Fritz
                                Bijan Amini (BA 3533)
                                Kevin Fritz (KF 6788)
                                STORCH AMINI MUNVES PC
                                Two Grand Central Tower
                                140 East 45th Street, 25th Floor
                                New York, New York 10017
                                Tel: (212) 490-4100
                                Fax: (212) 490-4208

                                Attorneys for Plaintiff

TO:    Steven Sledzik, Esq.
        JONES GARNEAU, LLP
        670 White Plains Road, Penthouse
        Scarsdale, NY 10583
        Tel: (914) 472-2300
        Fax: (914) 472-2312